PHILLIP A. TALBERT
Acting United States Attorney
MIRIAM R. HINMAN
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE M. IWAMOTO,<br><br>Defendant. | CASE NO. 2:21-CR-00193-TLN<br><br>STIPULATION REGARDING RELEASE CONDITION REQUIRING DRUG TESTING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 18, 2021, the Honorable Kendall J. Newman ordered that the defendant would remain on pretrial release subject to a list of special conditions that was recommended by Pretrial Services and agreed to by both parties.

2. By this stipulation, the parties jointly request that the Court impose one additional special condition that was inadvertently omitted from the proposed list of conditions provided to the Honorable Kendall J. Newman. Pretrial Services Officer Tai Gaskins concurs in this request.

3. The omitted pretrial release condition was the following: "You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer."

4. Based on the defendant's history, the parties request that the Court find that this is the least restrictive condition, along with the previously ordered conditions, that will reasonably assure the appearance of the defendant as required.

5. Therefore, the parties request that the Court issue the order below imposing this additional special condition and requiring defense counsel and Pretrial Services to notify the defendant of this additional special condition.

IT IS SO STIPULATED.

Dated: October 22, 2021                              PHILLIP A. TALBERT
                                                     Acting United States Attorney


                                                     /s/ MIRIAM R. HINMAN
                                                     MIRIAM R. HINMAN
                                                     CHRISTOPHER S. HALES
                                                     Assistant United States Attorneys


Dated: October 22, 2021                              /s/ RAOUL SEVERO
                                                     RAOUL SEVERO
                                                     Counsel for Defendant
                                                     Christine M. Iwamoto

**FINDINGS AND ORDER**

IT IS ORDERED that the defendant shall be subject to the following special condition of release, in addition to the conditions previously imposed:

13. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

Defense counsel and Pretrial Services shall inform the defendant of the above condition.

The Court finds that this is the least restrictive condition, along with the previously ordered conditions, that will reasonably assure the appearance of the defendant as required.

SO ORDERED.

Dated: October 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE