UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTINE M. IWAMOTO,<br><br>  Defendant. | CASE NO. 2:21-CR-00193-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Requests to Seal, IT IS HEREBY ORDERED that the Defendant's sentencing motion and sentencing position pertaining to Defendant Christine Iwamoto and the Defendant's Requests to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's request, sealing Defendant's motions serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the reasons stated in Defendant's requests to seal and the public filing of its notices to seal, the Court further finds that there are no additional alternatives to sealing Defendant's motions that would

1 | adequately protect the compelling interests identified by Defendant.
2 |     IT IS SO ORDERED.
3 | DATED: April 8, 2022

_____
Troy L. Nunley
United States District Judge